JS - 6

**FILED: 10/11/11**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON REDDEN )<br>   )<br>            Plaintiff, )<br>   )<br>      vs. )<br>   )<br>   )<br>AETNA LIFE INSURANCE COMPANY, )<br>et at  )<br>            Defendants. )<br>_____) | CASE NO. CV 10-8016 GHK (JEMx)<br><br>**ORDER OF DISMISSAL** |

   Pursuant to the Plaintiff's *Notice of Settlement*, e-filed on October 5, 2011, informing the Court that the parties in the above-entitled action has been settled,

   **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown **WITHIN 30 DAYS**, to reopen the action if settlement is not consummated.

Dated:   10/11/11

_____
GEORGE H. KING
United States District Judge